In the Matter of MORRIS RUBIN, an attorney-at-law.

Argued June 25, 1951.

For the order: *Mr. Joseph A. Murphy.*
For the respondent: *Mr. Jerome D. Eisenberg.*

Respondent ordered suspended from the practice of law for a period of one year and until the further order of the court.

June 29, 1951.

In the Matter of LAWRENCE OWITER, an attorney and counsellor-at-law.

Argued September 24, 1951.

For the order: *Mr. Frederick C. Vonhof.*

Name of respondent ordered stricken from the roll of attorneys and counsellors-at-law.